Company, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Patrick Coyle, Respondent, v. Herbert Dongan Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Isidor Ginsberg, Respondent, v. Triangle Waist Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Henrietta Ginsberg, an Infant, etc., Respondent, v. Triangle Waist Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John A. Krus, Jr., Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Alexis Witte, Appellant, v. Geneva Cutlery Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Amelia M. Abrams, Appellant, v. Alexander Abrams, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Esther Bernstein, Respondent, v. Isaac Friend, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Morris Suckno, Appellant, v. The Public Bank of New York City, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

George Murphy, an Infant, etc., Respondent, v. Jagels & Bellis, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Mary C. Fay, an Infant, etc., Respondent, v. The American Surety Company of New York and Empire Carting Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John M. Weinberg, Respondent, v. Hyman Bauman and Henry W. Roberts, Appellants.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Irene Lamkin, Appellant, v. Harry Tobin Lamkin, Defendant. Maud Defour McCay, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

May Love Landon, Respondent, v. Louis C. Mott and Another, as Executors, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — McLaughlin, Laughlin, Scott and Dowling, JJ.

William W. Farley, as State Commissioner of Excise of the State of New York, Respondent, v. Henry F. Petersen, Appellant, Impleaded with